UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREK DUBOSE,

                                    Plaintiff,

                    -against-

C.O. NEDD; C.O. JOHN DOE #1; JOHN
DOE NURSE; C.O. MAYO; C.O. JOHN
DOE #2,

                                    Defendants.

1:25-CV-9072 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff Tyrek DuBose, who is presently held in the Robert N. Davoren Complex, a New York City Department of Correction ("DOC") jail on Rikers Island, appears *pro se* and brings this action under 42 U.S.C. § 1983, seeking damages. Plaintiff filed the complaint commencing this action while he was held in the George R. Vierno Center ("GRVC"), another DOC jail on Rikers Island. He sues: (1) GRVC Correction Officer Nedd; (2) unidentified GRVC Correction Officer "John Doe #1"; (3) unidentified GRVC "John Doe Nurse"; (4) GRVC Correction Officer Mayo; and (5) unidentified GRVC Correction Officer "John Doe #2." The Court construes Plaintiff's complaint as asserting claims under Section 1983 and under state law.

By order dated December 11, 2025, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP").[1]

The Court requests that Correction Officers Nedd and Mayo waive service of summonses. The Court also directs that Correction Officers Nedd and Mayo comply with Local Civil Rule 33.2. The Court further directs the Corporation Counsel for the City of New York,

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

counsel for NYC Health+Hospitals, and counsel for Physician Affiliate Group of New York, P.C. ("PAGNY") to provide to Plaintiff and the Court the identities and, if appropriate, badge number(s) and service addresses of the unidentified defendants.

## DISCUSSION

**A.      Correction Officers Nedd and Mayo**

The Court directs the Clerk of Court to electronically notify the DOC and the New York City Law Department of this order. The Court requests that Correction Officer Nedd (Badge No. 20705) and Correction Officer Mayo (who was assigned to the GRVC's intake area on August 21, 2025) waive service of summonses.

**B.      Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires particular defendants in certain types of prisoner actions to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the entry date of this order, Correction Officers Nedd and Mayo must serve responses to those standard discovery requests. In their responses, these defendants must quote each request verbatim.[2]

**C.      Unidentified defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying an unidentified defendant and ascertaining their service address. 121 F.3d 72, 76

---

[2] If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

(2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the DOC, NYC Health+Hospitals, and PAGNY to identify the unidentified defendants and, if appropriate, ascertain their badge number(s) and service addresses. It is therefore ordered that the Corporation Counsel of the City of New York, counsel for NYC Health+Hospitals, and counsel for PAGNY, who are the attorneys for and agents of the DOC, NYC Health+Hospitals, and PAGNY, must ascertain the identities and, if appropriate, badge number(s) and service addresses of each of the unidentified defendants that Plaintiff seeks to sue here.[3] The Corporation Counsel, counsel for NYC Health+Hospitals, and counsel for PAGNY must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified defendants and, if appropriate, listing their badge number(s) and service addresses. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order requesting that any newly identified defendant who is or was employed by the DOC waive service of a summons, directing them to comply with Local Civil Rule 33.2,

---

[3] If an unidentified defendant is a current or former DOC employee or official, the Corporation Counsel should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If any unidentified defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Corporation Counsel, counsel for NYC Health+Hospitals, or counsel for PAGNY must provide an address where that defendant may be served.

and directing service, via the United States Marshals Service, on any newly identified defendant who is or was never employed by the DOC.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to electronically notify the DOC and the New York City Law Department of this order. The Court requests that Correction Officer Nedd (Badge No. 20705) and Correction Officer Mayo (who was assigned to the GRVC's intake area on August 21, 2025) waive service of summonses. The Court further directs the New York City Law Department to respond as directed above with respect to the *Valentin* instructions.

The Court additionally directs Correction Officers Nedd and Mayo to comply with Local Civil Rule within 120 days of the entry date of this order.

The Court directs the Clerk of Court to mail a copy of this order and of the complaint to the following two addresses: (1) NYC Health+Hospitals, 50 Water Street, 17th Floor, New York, New York 10041; and (2) Physician Affiliate Group of New York, P.C., Correctional Health Services, 55 West 125th Street, New York, New York 10027.

An amended complaint form is attached to this order.

SO ORDERED.

Dated:    January 13, 2026
          New York, New York

_____
          RONNIE ABRAMS
     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____

(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes      ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name                    Middle Initial               Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                              State                  Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐   Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 2:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 3:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 4

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
| --- | --- | --- |

| First Name | Middle Initial | Last Name |
| --- | --- | --- |

Prison Address

| County, City | State | Zip Code |
| --- | --- | --- |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6