**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TYREK DUBOSE,

                          Plaintiff,                        **25-CV-9072 (RA) (VF)**

          -against-                              **ORDER**

C.O. NEDD, et al.,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the letter from the New York City Law Department at ECF No. 19, Plaintiff is

directed to file an amended complaint with the names of all identified defendants by

**Wednesday, May 20, 2026**.

The Clerk of Court is respectfully directed to mail this order to Plaintiff at the address

listed on the docket.

      **SO ORDERED.**

DATED:  New York, New York
        April 20, 2026                    _____
                                      VALERIE FIGUEREDO
                                    United States Magistrate Judge