**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TYREK DUBOSE,

                 Plaintiff,                          **25-CV-9072 (RA) (VF)**

      -against-                                **ORDER**

C.O. NEDD, et al.,

                 Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

     The Court directs the Clerk of Court to mail a copy of the order of service (ECF No. 8)

and the complaint (ECF No. 1) to Physician Affiliate Group of New York, P.C., Correctional

Health Services at the following address:

     420 Lexington Ave
     Suite 1750
     New York, NY 10170

     **SO ORDERED.**

DATED:  New York, New York
         May 7, 2026                     _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge