**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TYREK DUBOSE,

                       Plaintiff,                      **25-CV-9072 (RA) (VF)**

        -against-                             **ORDER**

C.O. NEDD, et al.,

                      Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

    If Plaintiff wishes to file an amended complaint beyond what he has already attached to his most recent letter (see ECF No. 23), he should do so by **August 14, 2026**. Otherwise, the Court will construe the version of the complaint attached to his most recent letter as his amended complaint.

    The Clerk of Court is respectfully directed to mail a copy of this Order and of the letter at ECF No. 19 to Plaintiff at the address listed on the docket.

    **SO ORDERED.**

DATED:  New York, New York
         June 15, 2026                            _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge